**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                               CASE NO. 8:07-CIV-1928-T-17-MAP

HARRY MCKAY, JR., et al.,
    Defendants
                                       /

**ORDER**

    This cause is before the Court on the defendant, Pamela K. McKay's, petition to dismiss her from the cause of action (Docket No. 13). and the response thereto (Docket No. 17). The response is well-taken and the Court incorporates it by reference herein. Accordingly, it is

    **ORDERED** that the petition to dismiss (Docket No. 13) be **denied**. The defendant Pamela K. McKay will have the oppotunity at the show cause hearing on February 1, 2008, to present her objections to the levy.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of January, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record